**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  95-cv-02481-LTB

ALLEN ISAAC FISTELL,

      Plaintiff,

v.

JOHN SUTHERS, Executive Director, C.D.O.C.,
GERALD M. GASKO, Acting Deputy Director C.D.O.C.,
DONA ZAVISLAN, Food Service Administration C.D.O.C.
LEE HENDRIX, Volunteer Service Administrator C.D.O.C.,

      Defendants.
_____

**ORDER**
_____

Upon Plaintiff's Motion for a Show Cause Order, Contempt Citation, and Temporary Restraining Order (Doc 2 - filed June 8, 2005) is DENIED WITHOUT PREJUDICE.

The Clerk of the Court is directed to send a copy of this Order to Plaintiff as follows:

      Allen Isaac Fistell #63253
      F.C.F. CH-3
      P.O. Box 999
      Canon City, CO 81215-0999

                          BY THE COURT:

                          s/Lewis T. Babcock
                        LEWIS T. BABCOCK, Chief Judge
                        United States District Court

DATED: March 20, 2006